**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

|  |  |
|---|---|
| TERRENCE DANTE KELLY, | |
| Plaintiff, | CIVIL ACTION NO.: 4:25-cv-123 |
| v. | |
| CONSUMER PORTFOLIO SERVICES, INC. d/b/a NEWROADSAUTOLOANS; BACKROADS MAFIA TOWING; and RECOVERY DIVISION, LLC, | |
| Defendants. | |

**O R D E R**

On February 6, 2026, Plaintiff, through his counsel, advised the Court that this matter has been settled as to all of Plaintiff's claims against all Defendants in this action." (See doc. 57.)  The parties request sixty days to complete the performance of the terms of the settlement agreement and file a stipulation of dismissal.  (Id. at p. 1.)  Accordingly, the Court **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this action.  See Heape v. Flanagan, No. 6:07-CV-12, 2008 WL 2439736 (S.D. Ga. June 9, 2008).

Within **sixty (60) days** of the date this Order is entered, the parties—if they wish—may present a dismissal judgment, pursuant to Federal Rule of Civil Procedure 41(a)(2), incorporating the terms of their settlement, so the Court may retain jurisdiction to enforce the agreement.  In the

alternative, the parties may simply file a joint stipulation of dismissal. If the parties fail to file a dismissal (or, if necessary, move to reopen the case) within **sixty (60) days**, the Court will *sua sponte* dismiss the case with prejudice. Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381–82 (1994).

     **SO ORDERED**, this 10th day of February, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2