**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

|  |  |
|---|---|
| TERRENCE DANTE KELLY, | |
| Plaintiff, | CIVIL ACTION NO.: 4:25-cv-123 |
| v. | |
| CONSUMER PORTFOLIO SERVICES, INC. d/b/a NEWROADSAUTOLOANS, BACKROADS MAFIA TOWING and RECOVERY DIVISION, LLC; and PATRICK K. WILLIS CO., INC. d/b/a AMERICAN RECOVERY SERVICE, | |
| Defendants. | |

**O R D E R**

On February 10, 2026, the Court administratively closed this action as the case had settled. (Doc. 58.)  Presently before the Court is a Stipulation of Dismissal, signed by counsel for Plaintiff and counsel for Defendants, wherein the parties state that they stipulate to the dismissal of this action with prejudice, with each party to bear their own attorneys' fees and costs.  (Doc. 59.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been

**DISMISSED WITH PREJUDICE**.  The Clerk of Court is hereby authorized and **DIRECTED**

to **REOPEN** this case, **TERMINATE** any pending motions, and **CLOSE** this case.

    **SO ORDERED**, this 17th day of April, 2026.

                    R. STAN BAKER, CHIEF JUDGE
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF GEORGIA